**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Rummel, William G | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>xxx-xx-1334 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1440 N. Lake Shore Drive<br>Unit 27E<br>Chicago, IL 60610 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  Cook | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | *** Joseph A. Baldi 00100145 *** |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Rummel, William G

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ William G Rummel
Signature of Debtor William G Rummel

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

October 16, 2005
Date

**Signature of Attorney**

X  /s/ Joseph A. Baldi
Signature of Attorney for Debtor(s)
Joseph A. Baldi 00100145
Printed Name of Attorney for Debtor(s)
Joseph A. Baldi & Associates, P.C.
Firm Name
19 South LaSalle Street
Suite 1500
Chicago, IL 60603
Address
Email: jabaldi@ameritech.net
312-726-8150  Fax: 312-332-4629
Telephone Number
October 16, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6D
(12/03)

In re  William G Rummel,                                                                 Case No. _____
                              Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 0012093803<br><br>Alliance FSB<br>425 Phillips Blvd.<br>Ewing, NJ 08618 | | - | 8/19/04<br><br>mortgage<br><br>2716 E. 92nd Street, Chicago, IL<br>pin 26-06-306-007-0000<br><br>Value $  75,000.00 | | | | 61,752.22 | 0.00 |
| Account No.<br><br>Cook County Collector<br>PO Box 7552<br>Chicago, IL 60680 | | - | lien for real estate taxes<br><br>various properties held by Debtor, Rumms, Inc.<br><br>Value $   Unknown | | | | Unknown | Unknown |
| Account No. 619748002<br><br>Family Bank<br>10360 Roberts Road<br>Palos Hills, IL 60465 | | - | mortgage<br><br>7942 W. 102nd Street townhouse<br>PIN 23-12-307-012-0000<br><br>7944 W 102nd Street<br>pin 23-12-307-013-0000<br><br>Value $  1,000,000.00 | | | | 981,537.60 | 0.00 |
| Account No. 619591111<br><br>Family Bank<br>10360 Roberts Road<br>Palos Hills, IL 60465 | X | - | mortgage<br>10102 Escanaba, Chicago, IL<br>pin 26-07-162-026-0000<br>10201 S. Escanaba Ave, Chicago, IL<br>pin 26-07-301-001 to 008<br>Properties held by Rumms, Inc. wholly owned by debtor<br><br>Value $   Unknown | | | | 67,963.22 | Unknown |

__2__ continuation sheets attached

Subtotal (Total of this page): 1,111,253.04

Form B6D - Cont.
(12/03)

In re  William G Rummel                                                  ,   Case No. _____
                              Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 11391460<br><br>Family Bank<br>10360 Roberts Road<br>Palos Hills, IL 60465 | | - | 2/9/01<br><br>mortgage<br><br>16613 (16636) Hillcrest Drive, Markham, IL<br>pin 28-23-427-035-0000<br>Family Bank Trust 5541<br><br>Value $   Unknown | | | | 69,153.98 | Unknown |
| Account No. 11266760<br><br>Family Bank<br>10360 Roberts Road<br>Palos Hills, IL 60465 | | - | 4/30/98<br>mortgage<br>12625 S. Lincoln St.<br>Calumet Park, IL 25-30-418-010-0000<br>12623 S. Lincoln St<br>Calumet Park, IL<br>25-30-418-045-0000<br>12625 S Lincoln St<br><br>Value $   300,000.00 | | | | 194,574.00 | 0.00 |
| Account No.<br><br>Representing:<br>Family Bank | | | Frank Parker<br>7942 W. 102nd Street<br>Palos Hills, IL 60465<br><br><br>Value $ | | | | | |
| Account No. 422600c<br><br>Western Springs Bank<br>4456 Wolf Road<br>Western Springs, IL 60558 | | - | 1/19/01<br><br>assignment of beneficial interest<br><br>2725 E. 92nd Street, Chicago<br>PIN 26-06-313-007-0000<br><br>Value $   50,000.00 | | | | 47,466.82 | 0.00 |
| Account No. 605741<br><br>Western Springs Bank<br>4456 Wolf Road<br>Western Springs, IL 60558 | | J | 7/1/98<br><br>mortgage<br><br>1440 Lake Shore Drive, unite 27E, Chicago<br>PIN 17-03-103-028-1178<br><br>Value $   375,000.00 | | | | 146,400.00 | 0.00 |

Sheet  1   of  2   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        457,594.80

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re   William G Rummel                                                         ,        Case No. _____
                                        Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 611863  Western Springs Bank  4456 Wolf Road  Western Springs, IL 60558 | | J | 8/31/04  second mortgage  1440 Lake Shore Drive, unite 27E, Chicago PIN 17-03-103-028-1178  Value $ 375,000.00 | | | | 194,196.67 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet  2   of  2   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  194,196.67

Total (Report on Summary of Schedules)  1,763,044.51

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6F
(12/03)

In re   William G Rummel                                         ,        Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6011 0079 2746 7711<br><br>Discover Card<br>PO Box 15251<br>Wilmington, DE 19886 | | - | various<br>credit card | | | | 5,688.17 |
| Account No.<br><br>Dr. Theodore Patras<br>1401 S. Prairie<br>Chicago, IL 60605 | | - | personal loan for townhouse construction | | | | 50,000.00 |
| Account No. 61960916<br><br>Family Bank<br>10360 Roberts Road<br>Palos Hills, IL 60465 | | - | balance due after sale of 10756 S. Troy, Chicago - Bank shows closed | | | | 27,910.00 |
| Account No. 61934410<br><br>Family Bank<br>10360 Roberts Road<br>Palos Hills, IL 60465 | | - | balance due after sale of hot dog stand | | | | 80,442.00 |

__3__ continuation sheets attached

Subtotal
(Total of this page)         164,040.17

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                  S/N:26190-050825    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  William G Rummel                              ,    Case No. _____
                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 61981720<br><br>Family Bank<br>10360 Roberts Road<br>Palos Hills, IL 60465 | | - | laundromat and 2 flat - Marquette property balance was $65,207 - Bank shows paid | | | | 65,207.00 |
| Account No. 11224160<br><br>Family Bank<br>10360 Roberts Road<br>Palos Hills, IL 60465 | | - | deficiency on sale of 2728 E 92nd Street, Chicago, IL<br>pin 26-06-306-002-0000 | | | | 36,059.00 |
| Account No. 61993425<br><br>Family Bank<br>10360 Roberts Road<br>Palos Hills, IL 60465 | | - | 7/23/04<br>balance due after sale of laundromat, other properties, may consolidate and duplicate above claims | | | | 110,083.10 |
| Account No. 5-541<br><br>Family Bank<br>10360 Roberts Road<br>Palos Hills, IL 60465 | | - | 11/01/05<br>land trust fees | | | | 105.00 |
| Account No. 5437 0004 8639 5389<br><br>GM Card<br>Cardmember Svcs<br>PO Box 37281<br>Baltimore, MD 21297-3281 | | - | various<br>credit card | | | | 1,439.02 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     212,893.12

Form B6F - Cont.
(12/03)

In re  William G Rummel , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lam Lee<br>2523 West North Avenue<br>Chicago, IL 60647-5201 | | - | 2005<br>disputed claim for tax reproration | | | X | 8,000.00 |
| Account No.<br><br>Larry & Melissa Malipa<br>11060 Ash Brook Lane<br>Indian Head, IL 60525 | | - | | | | | 12,700.00 |
| Account No. Cloisters of Palos<br><br>McBride Engineering, Inc.<br>3649 W. 183rd Strreet, Suite 124<br>Hazel Crest, IL 60429-2409 | | - | 8/04 to 4/05<br>engineering services | | | | 7,007.88 |
| Account No.<br><br>McMahon & Sigunick, Ltd.<br>216 West Jackson Blvd<br>Suite 900<br>Chicago, IL 60606 | | - | | | | | 8,216.99 |
| Account No.<br><br>Mrs. Katherine Skontos<br>100 W. Bellvue Street<br>Chicago, IL 60611 | | - | personal loan for townhouse project | | | | 45,000.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  80,924.87

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   William G Rummel                              ,           Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Nicor Gas<br>% Harris & Harris<br>600 W. Jackson Blvd, Suite 400<br>Chicago, IL 60661 | | - | Nicro gas service for four townhouses in Palos Hills | | | | 763.83 |
| Account No.<br><br>Rummel Associates, Inc.<br>180 N. LaSalle Street<br>Suite 3100<br>Chicago, IL 60601 | | - | insurance renewals and past due premiums | | | | Unknown |
| Account No. OZ3861567<br><br>Safeco Insurance Company of Il<br>PO Box 461<br>Saint Louis, MO 63166 | | - | 9/05<br>insurance for 2716 E. 92nd Street, Chicago | | | | 547.00 |
| Account No. 2742B400 680<br><br>St. Paul Travelers<br>PO Box 1515<br>Spokane, WA 99210-1515 | | - | 7/05<br>insurance on The Cloisters of Palos Hills townhomes | | | | 4,947.00 |
| Account No. 12625 Lincoln, Calumet City<br><br>Sterling Fire Restoration, Ltd.<br>% Pullman & Gotkin<br>20 N. Clark, Suite 1725<br>Chicago, IL 60602 | | - | mechanic's lien claim for fire damage | | | | 16,000.00 |

Sheet no. __3__ of __3__ sheets attached to Schedule of       Subtotal             22,257.83
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

                                                          Total              480,115.99
                                             (Report on Summary of Schedules)

```
Alliance FSB
425 Phillips Blvd.
Ewing, NJ 08618


Cook County Collector
PO Box 7552
Chicago, IL 60680


Discover Card
PO Box 15251
Wilmington, DE 19886


Dr. Theodore Patras
1401 S. Prairie
Chicago, IL 60605


Family Bank
10360 Roberts Road
Palos Hills, IL 60465


Family Bank
10360 Roberts Road
Palos Hills, IL 60465


Family Bank
10360 Roberts Road
Palos Hills, IL 60465


Family Bank
10360 Roberts Road
Palos Hills, IL 60465


Family Bank
10360 Roberts Road
Palos Hills, IL 60465


Family Bank
10360 Roberts Road
Palos Hills, IL 60465


Family Bank
10360 Roberts Road
Palos Hills, IL 60465
```

Family Bank
10360 Roberts Road
Palos Hills, IL 60465

Family Bank
10360 Roberts Road
Palos Hills, IL 60465

Family Bank
10360 Roberts Road
Palos Hills, IL 60465

Frank Parker
7942 W. 102nd Street
Palos Hills, IL 60465

GM Card
Cardmember Svcs
PO Box 37281
Baltimore, MD 21297-3281

Lam Lee
2523 West North Avenue
Chicago, IL 60647-5201

Larry & Melissa Malipa
11060 Ash Brook Lane
Indian Head, IL 60525

McBride Engineering, Inc.
3649 W. 183rd Strreet, Suite 124
Hazel Crest, IL 60429-2409

McMahon & Sigunick, Ltd.
216 West Jackson Blvd
Suite 900
Chicago, IL 60606

Mrs. Katherine Skontos
100 W. Bellvue Street
Chicago, IL 60611

Nicor Gas
% Harris & Harris
600 W. Jackson Blvd, Suite 400
Chicago, IL 60661


Rummel Associates, Inc.
180 N. LaSalle Street
Suite 3100
Chicago, IL 60601


Safeco Insurance Company of Il
PO Box 461
Saint Louis, MO 63166


St. Paul Travelers
PO Box 1515
Spokane, WA 99210-1515


Sterling Fire Restoration, Ltd.
% Pullman & Gotkin
20 N. Clark, Suite 1725
Chicago, IL 60602


Western Springs Bank
4456 Wolf Road
Western Springs, IL 60558


Western Springs Bank
4456 Wolf Road
Western Springs, IL 60558


Western Springs Bank
4456 Wolf Road
Western Springs, IL 60558