UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| RUMMEL, WILLIAM G | ) | CASE NO. 05-62639-PSH |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

### TRUSTEE'S FINAL REPORT

TO: THE HONORABLE Pamela S. Hollis
    BANKRUPTCY JUDGE

NOW COMES **GREGG SZILAGYI**, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on October 16, 2005. GREGG SZILAGYI was appointed Trustee on October 16, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of November 20, 2006 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ 272,995.42 |
| b. | DISBURSEMENTS (See Exhibit C) | $ 150,023.58 |
| c. | NET CASH available for distribution | $ 122,971.84 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. Trustee compensation requested | $14,368.02 |
| | 2. Trustee Expenses | $0.00 |

3. Compensation requested by attorney or other professionals for trustee

| | | |
|---|---|---:|
| (a) | SHAW GUSSIS Attorney for Trustee Fees (Other Firm) | 35,119.20 |
| (b) | POPOWCZER KATTEN LTD. Accountant for Trustee Fees (Other Firm) | 3,245.00 |

5. The Bar Date for filing unsecured claims expired on June 7, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $56,332.22 |
| c. | Allowed Chapter 11 administrative Claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $15,207.60 |
| f. | Surplus to Debtor | $50,635.10 |

7. Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims plus 4.1400% interest.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Attorney for Trustee Fees, SHAW GUSSIS requested but not yet allowed is $35,119.20 . Accountant for Trustee Fees, POPOWCZER KATTEN LTD. requested but not yet allowed is $3245.00 . The total of Chapter 7 professional fees and expenses requested for final allowance is $38,364.20.

9. A fee of $5000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

DATE _____

/s/ GREGG SZILAGYI
**GREGG SZILAGYI**, Trustee

GREGG SZILAGYI (ARDC #6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone:   (312) 346-8380
Facsimile:    (312) 346-8434

3

## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved in chronological order. Major tasks to be summarized in paragraph form.)

The Trustee, with the assistance of his professionals, liquidated the assets of the estate, and will pay the claims in full, with interest, and provide for a substantial surplus to the Debtor.

The Debtor is 93 years old and did not have sufficient records or recall of his assets and financial affairs. Thus, the Trustee, his counsel and Debtor's counsel spent a significant amount of time sorting out the specifics of his financial affairs. For example, the Debtor owned 10 pieces of real estate, ranging from a 16 unit apartment building to vacant lots. Some of these were held directly by the Debtor, while others were owned by various entities and land trusts. Other assets of the estate included an interest in an oil well and shares of stock and a CD owned jointly with the Debtor's spouse.

With regard to the real estate, early in the case, there was an allegation that one of the Debtor's lenders, Family Bank & Trust ("FBT"), had so involved itself in the management of the real properties that served as its collateral for loans to the Debtor as to be actionable. The Trustee negotiated a court-approved compromise with FBT which provided for the estate to relinquish its interest in five pieces of real estate (the 16 unit apartment building, another multi-unit building, a six unit townhouse complex, a single-family home and a vacant lot) to FBT in consideration for a waiver of nearly $1.5 million in claims against the estate and a cash payment of $10,000.00 to the estate. In addition, with court approval, the Trustee sold two other single family homes and a vacant lot and abandoned another vacant lot during the case. The final piece of real estate, the Debtor's condo apartment, will be deemed abandoned at the conclusion of the case.

With regard to the other assets, the Trustee liquidated the CD, shares of stock and interest in the oil well in court-approved sales. The Trustee also negotiated withdrawals of proofs of claims after the claimants were paid through court-approved sales or by third parties.
The remaining claims will be paid in full, with interest.

The Trustee's tasks are summarized as follows:

- Conducted the Debtor's Section 341 examination;
- Set up files and bank accounts for administration of estate;
- Investigated the Debtor's financial affairs, including claimed exemptions and potential objections to discharge;
- Employed and supervised an attorney and accountant to assist with the administration of the estate;
- Liquidated, abandoned and otherwise administered assets for the benefit of the estate;

**EXHIBIT A**

- Completed and filed all reports as required by the Bankruptcy Code and the United States Trustee;
- Communicated with creditors regarding administration of the estate and the timetable for closing the case and making distributions to creditors;
- Examined and, where required, objected to proofs of claim and otherwise resolved issues dealing with claims and priorities; and
- Completed and filed this Final Report and all other reports and documents required to close the case.

A more detailed description of the tasks performed by the Trustee in this case is attached to his application for compensation.

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition                    Amount Realized
(List category of scheduled property, a
brief description, scheduled value and
disposition. If abandoned, explain
why & give date of court order)

                                        See Form 1, attached

Unscheduled Property
(Describe property, state circumstances
of discovery and disposition)

                                        See Form 1, attached

| | |
|---|---|
| TOTAL RECEIPTS | $272,995.42 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | UNKNOWN |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $195,658.00 |

**EXHIBIT B**

Page: 1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:  05-62639  PSH  Judge: Pamela S. Hollis
Case Name:  WILLIAM G RUMMEL
For Period Ending: 11/20/2006

Trustee Name:  GREGG SZILAGYI
Date Filed (f) or Converted (c): 10/16/2005 (f)
341(a) Meeting Date: 2/23/2006
Claims Bar Date: 6/7/2006

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | MISC. REFUNDS (u) | Unknown | Unknown | | 2,976.63 | FA |
| 2 | INTERESTS IN PARTNERSHIPS AND JOINT -- LYTLE CREEK | Unknown | Unknown | | 2,766.69 | FA |
| 3 | REAL ESTATE -- 9157 S. MARQUETTE | 0.00 | Unknown | | 2,475.00 | FA |
| 4 | REAL ESTATE -- 2725 E. 92ND STREET | 60,000.00 | Unknown | | 75,300.00 | FA |
| 5 | REAL ESTATE -- 2716 E. 92ND STREET | 100,000.00 | Unknown | | 81,180.00 | FA |
| 6 | Post-Petition Interest Deposits (u) | Unknown | N/A | | 527.10 | Unknown |
| 7 | VOID (u) | Unknown | N/A | | 0.00 | FA |
| 8 | STOCK -- NORFOLK SOUTHERN CORPORATION 573 SHARES | 11,124.80 | Unknown | | 11,199.29 | FA |
| 9 | STOCK -- KIMBERLY CLARK CORPORATION 50 SHARES | 1,415.00 | Unknown | | 1,437.50 | FA |
| 10 | CHECKING, SAVINGS, ETC. -- HARRIS BANK CD | 50,000.00 | 0.00 | | 50,289.15 | FA |
| 11 | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 12 | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 13 | AVOIDANCE ACTION -- PROCEEDS OF SALE OF SECURITIES (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| 14 | REAL ESTATE - 7942 W. 102ND PALOS | 1,000,000.00 | Unknown | | 2,000.00 | FA |
| 15 | REAL ESTATE -- 10102 ESCANABA CHGO IL | 90,000.00 | Unknown | | 2,000.00 | FA |
| 16 | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 17 | REAL ESTATE - 16613 HILLCREST DRIVE MARKHAM IL | 85,000.00 | Unknown | | 2,000.00 | FA |
| 18 | REAL ESTATE - 12623-25 S. LINCOLN CALUMET PARK IL | 300,000.00 | Unknown | | 2,000.00 | FA |
| 19 | REAL ESTATE - 1440 LAKE SHORE DRIVE CHGO IL | 187,500.00 | Unknown | | 0.00 | Unknown |
| 20 | REAL ESTATE 9116-9117 S. HOUSTON CHGO IL | 0.00 | Unknown | DA | 31,844.06 | FA |
| 21 | VOID (u) | Unknown | N/A | | 0.00 | FA |
| 22 | CHECKING, SAVINGS, ETC. - HARRIS BANK CHECKING | 954.30 | Unknown | DA | 0.00 | Unknown |
| 23 | CHECKING, SAVINGS, ETC. - MORGAN KEEGAN | 2,875.48 | Unknown | DA | 0.00 | FA |
| 24 | CHECKING, SAVINGS, ETC. - FB&T | Unknown | Unknown | DA | 0.00 | FA |
| 25 | CHECKING, SAVINGS, ETC. - WESTERN SPRINGS | 25.00 | Unknown | DA | 0.00 | FA |
| 26 | WEARING APPAREL | 500.00 | Unknown | DA | 0.00 | FA |
| 27 | IRA'S/PENSION PLANS, ETC. - COOK COUNTY PENSION FU | Unknown | 0.00 | DA | 0.00 | FA |
| 28 | IRA'S/PENSION PLANS, ETC. - CHGO MUN. EMPLOYEES | Unknown | 0.00 | DA | 0.00 | FA |
| 29 | IRA'S/PENSION PLANS, ETC. - U.S. CUSTOMS | Unknown | 0.00 | DA | 0.00 | FA |
| 30 | STOCK - RUMM'S INC. | Unknown | 0.00 | OA | 0.00 | 0.00 |
| 31 | STOCK - Z&W CORP. | Unknown | 0.00 | OA | 0.00 | 0.00 |
| 32 | STOCK - WGR, INC. | Unknown | 0.00 | OA | 0.00 | 0.00 |
| 33 | CONTINGENT CLAIMS - POSS. CLAIM AGAINST INS. CO. | Unknown | 0.00 | OA | 0.00 | 0.00 |
| 34 | REAL ESTATE - 10201 S. ESCANABA CHGO IL | Unknown | Unknown | OA | 0.00 | Unknown |

Gross Value of Remaining Assets

Page: 2

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 05-62639 | PSH | Judge: | Pamela S. Hollis | Trustee Name: GREGG SZILAGYI |
| Case Name: | WILLIAM G RUMMEL | | | | Date Filed (f) or Converted (c): 10/16/2005 (f) |
| For Period Ending: | 11/20/2006 | | | | 341(a) Meeting Date: 2/23/2006 |
| | | | | | Claims Bar Date: 6/7/2006 |

TOTALS (Excluding Unknown Values)　$1,889,394.58　$0.00　$272,995.42　$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP # 2 -- LYTLE CREEK OPERATING, INC. -- OIL WELL .01% INTEREST SOLD TO WILLIAM RUMMEL.
RE PROP # 3 -- 2 FLAT ACTUAL ADDRESS IS 9157 S. ANTHONY PART OF FB&T SETTLEMENT
RE PROP # 4 -- SF HOME W/TENANT MARY SEALS SOLD TO SEABORN PHILLIPS
RE PROP # 5 -- SF HOME W/TENANT MARTHA SEALS SOLD TO SEABORN PHILLIPS
RE PROP # 8 -- DEBTOR OWNS 1/2 INTEREST WITH WIFE SOLD TO ZOE RUMMEL
RE PROP # 9 -- DEBTOR OWNS 1/2 INTEREST WITH WIFE SOLD TO ZOE RUMMEL
RE PROP # 13 -- LISTED AS $5000 TRANSFER IN SOFA TO DEBTOR'S WIFE SETTLED PER COURT ORDER
RE PROP # 14 -- 6 UNIT TH DEVELOPMENT PART OF FB&T SETTLEMENT
RE PROP # 15 -- PART OF FB&T SETTLEMENT
RE PROP # 17 -- PART OF FB&T SETTLEMENT
RE PROP # 18 -- PART OF FB&T SETTLEMENT
RE PROP # 20 -- SOLD TO CITY OF CHICAGO
RE PROP # 21 -- The actual address of this property is 9157-59 Anthony. This property was distributed to FB&T in connection with the 3/06 settlement.
RE PROP # 34 -- ABANDONED

Initial Projected Date of Final Report (TFR):　12/31/2007　Current Projected Date of Final Report (TFR):　12/31/2007

## CASH RECEIPTS AND DISBURSEMENTS

EXHIBIT C

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-62639
Case Name: WILLIAM G RUMMEL
Taxpayer ID No: XX-XXX5333
For Period Ending: 11/20/2006

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX4035 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 11/2/2005 | 1 | PEOPLES ENERGY CHCIAGO, IL | MISCELLANEOUS REFUND | 1290-000 | 102.44 | | 102.44 |
| 11/2/2005 | 1 | NICOR GAS AURORA, IL | MISCELLANEOUS REFUND | 1290-000 | 323.96 | | 426.40 |
| 11/2/2005 | 1 | ALLEGIANCE COMMUNITY BANK TINLEY PARK, IL | MISCELLANEOUS REFUND | 1290-000 | 230.23 | | 656.63 |
| 11/2/2005 | 2 | LYTLE CREEK OPERATING, INC. ABILENE, TX | ROYALTY | 1123-000 | 101.64 | | 758.27 |
| 11/2/2005 | 3 | MARIAN YOUNG 9157 S. MARQUETTE CHICAGO, IL 60617 | RENT 9157 S. MARQUETT | 1122-000 | 475.00 | | 1,233.27 |
| 11/2/2005 | 4 | MARY SEALS | RENT 2725 E. 92ND | 1122-000 | 300.00 | | 1,533.27 |
| 11/2/2005 | 5 | MARTHA SEALS | RENT 2716 E. 92ND | 1122-000 | 600.00 | | 2,133.27 |
| 11/2/2005 | 5 | MARTHA SEALS | RENT 2716 E. 92ND | 1122-000 | 380.00 | | 2,513.27 |
| 11/21/2005 | 5 | MARTHA SEALS | RENT 2716 E. 92 STREET | 1122-000 | 200.00 | | 2,713.27 |
| 11/30/2005 | 6 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 1.05 | | 2,714.32 |
| 12/2/2005 | 001000 | SAFECO INSURANCE COMPANIES PO BOX 66768 ST. LOUIS, MO 63166-6768 | ADMINISTRATIVE CLAIM INSURANCE POL NO. OZ3861567 RUMMEL, WILLIAM 2716 E. 92ND STREET | 2420-000 | | 186.33 | 2,527.99 |
| 12/30/2005 | 6 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 1.31 | | 2,529.30 |
| 1/25/2006 | 2 | LYTLE CREEK OPERATING INC. | DEC. ROYALTY | 1123-000 | 123.80 | | 2,653.10 |
| 1/31/2006 | 6 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 1.29 | | 2,654.39 |
| | | | | Page Subtotals | 2,840.72 | 186.33 | |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-62639
Case Name: WILLIAM G RUMMEL
Taxpayer ID No: XX-XXX5333
For Period Ending: 11/20/2006

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX4035 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 2/9/2006 | 001001 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | BOND PREMIUM PAYMENT | | 2300-000 | | 8.49 | 2,645.90 |
| 2/24/2006 | 1 | STANLEY WALLACH | MISCELLANEOUS REFUND -- ESCROWED $ | | 1290-000 | 2,320.00 | | 4,965.90 |
| 2/24/2006 | 8 | NORFOLK SOUTHERN | STOCK DIVIDEND | | 1123-000 | 74.49 | | 5,040.39 |
| 2/24/2006 | 9 | KIMBERLY CLARK CORPORATION | STOCK DIVIDEND | | 1123-000 | 22.50 | | 5,062.89 |
| 2/28/2006 | 6 | BANK OF AMERICA | Interest Rate 1.000 | | 1270-000 | 1.95 | | 5,064.84 |
| 3/14/2006 | | WILLIAM G RUMMEL ZOE RUMMEL | SETTLEMENT OF LITIGATION | | | 67,828.95 | | 72,893.79 |
| | | | Gross receipts | 67,828.95 | | | | |
| | | | CHECKING, SAVINGS, ETC. -- | 50,289.15 | | | | |
| | 10 | | HARRIS BANK CD AVOIDANCE ACTION -- PROCEEDS OF SALE OF SECURITIES | 5,000.00 | 1129-000 | | | |
| | 13 | | | | 1129-000 | | | |
| | 8 | | STOCK -- NORFOLK SOUTHERN CORPORATION 573 SHARES | 11,124.80 | 1129-000 | | | |
| | 9 | | STOCK -- KIMBERLY CLARK CORPORATION 50 SHARES | 1,415.00 | 1129-000 | | | |
| 3/14/2006 | 2 | LYTLE CREEK OPERATING INC. | ROYALTY PAYMENT | | 1123-000 | 135.85 | | 73,029.64 |
| 3/15/2006 | 001002 | RUMMEL & ASSOCIATES | PROPERTY INSURANCE POLICY NUMBER M5164014 | | 2420-000 | | 3,236.00 | 69,793.64 |
| 3/31/2006 | 6 | BANK OF AMERICA | Interest Rate 1.000 | | 1270-000 | 32.65 | | 69,826.29 |
| 4/10/2006 | | FAMILY BANK AND TRUST COMPANY | SALE OF REAL ESTATE -- SETTLEMENT | | | 10,000.00 | | 79,826.29 |
| | | | Gross receipts | 10,000.00 | | | | |
| | | | REAL ESTATE - 7942 W. 102ND PALOS | 2,000.00 | | | | |
| | 14 | | | | 1110-000 | | | |
| | 15 | | REAL ESTATE -- 10102 ESCANABA CHGO IL | 2,000.00 | 1110-000 | | | |

Page Subtotals         80,416.39    3,244.49

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-62639
Case Name: WILLIAM G RUMMEL
Taxpayer ID No: XX-XXX5333
For Period Ending: 11/20/2006

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX4035 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 17 | | REAL ESTATE - 16613 HILLCREST DRIVE MARKHAM IL | 1110-000 | 2,000.00 | | |
| | 18 | | REAL ESTATE - 12623-25 S. LINCOLN CALUMET PARK IL | 1110-000 | 2,000.00 | | |
| | 3 | | REAL ESTATE -- 9157 S. MARQUETTE | 1110-000 | 2,000.00 | | |
| | | FAMILY BANK AND TRUST COMPANY | Unlinked Allocation | 0000-000 | 2,000.00 | | |
| 4/11/2006 | 2 | LYTLE CREEK OPERATING INC | ROYALTY PAYMENT | 1123-000 | 110.13 | | 79,936.50 |
| 4/28/2006 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 62.36 | | 79,998.78 |
| 5/16/2006 | 2 | LYTLE CREEK OPERATING INC | ROYALTY | 1123-000 | 171.75 | | 80,170.53 |
| 5/31/2006 | 6 | Bank of America | Interest Rate 1.000 | 1270-000 | 68.01 | | 80,238.54 |
| 6/13/2006 | 2 | Lytle Creek | april oil well royalty payment | 1123-000 | 123.52 | | 80,362.06 |
| 6/27/2006 | | Transfer to Acct#XXXXXX4161 | Transfer of Funds | 9999-000 | | 700.00 | 79,662.06 |
| 6/30/2006 | 6 | Bank of America | Interest Rate 1.000 | 1270-000 | 65.92 | | 79,727.98 |
| 7/5/2006 | 20 | City Of Chicago | CONDEMNATION OF 9116 S. HOUSTON | 1110-000 | 31,844.06 | | 111,572.04 |
| 7/5/2006 | | Transfer to Acct#XXXXXX4161 | Transfer of Funds | 9999-000 | | 31,844.06 | 79,727.98 |
| 7/26/2006 | | Transfer from Acct#XXXXXX4161 | Transfer of Funds | 9999-000 | 31,882.06 | | 111,610.04 |
| 7/26/2006 | 2 | WILLIAM RUMMEL | PURCHASE OF LYTLE CREEK OIL WELL | 1129-000 | 2,000.00 | | 113,610.04 |
| 7/26/2006 | 20 | City Of Chicago | DEPOSITED TO CHECKING ACCOUNT IN ERROR | 1110-000 | -31,844.06 | | 81,765.98 |
| 7/31/2006 | 5 | SEABORN PHILLIPS | PURCHASE OF 2716 E. 92ND STREET REAL ESTATE -- 2716 E. 92ND STREET | 1110-000 | 9,290.57 80,000.00 | | 91,056.55 |
| | | COOK COUNTY COLLECTOR | 2005 REAL ESTATE TAXES | 2820-000 | (492.45) | | |
| | | COOK COUNTY COLLECTOR | 2006 REAL ESTATE TAXES | 2820-000 | (561.26) | | |
| | | CHICAGO TITLE & TRUST | SETTLEMENT CHARGES | 2500-000 | (1,905.15) | | |
| | | | Page Subtotals | | 43,774.32 | 32,544.06 | |

Page: 4

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-62639
Case Name: WILLIAM G RUMMEL
Taxpayer ID No: XX-XXX5333
For Period Ending: 11/20/2006

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX4035 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | CENLAR FEDERAL SAVINGS BANK | PAYOFF OF MORTGAGE | (67,750.57) | 4110-000 | | | |
| 7/31/2006 | 6 | Bank of America | Interest Rate 1.000 | | 1270-000 | 49.45 | | 91,106.00 |
| 8/31/2006 | 6 | Bank of America | Interest Rate 1.000 | | 1270-000 | 76.85 | | 91,182.85 |
| 9/29/2006 | 6 | Bank of America | Interest Rate 1.000 | | 1270-000 | 74.94 | | 91,257.79 |
| 10/12/2006 | | SEABORN PHILLIPS | | | 1110-000 | 9,290.57 | | 100,548.36 |
| 10/12/2006 | | SEABORN PHILLIPS 14832 LASALLE CHCIAGO, ILLINOIS 60419 | PURCHASE OF 2725 E. 92ND STREET | | | 31,622.73 | | 132,171.09 |
| | 4 | WESTERN SPRINGS NATIONAL BANK CHICAGO TITLE & TRUST COOK COUNTY TREASURER'S OFFICE Legal Department 118 North Clark Street - Room 222 Chicago, IL 60602 | REAL ESTATE -- 2725 E. 92ND STREET PAYOFF MORTGAE | 75,000.00 (36,854.53) (4,716.80) (1,805.94) | 1110-000 4110-000 2500-000 2820-000 | | | |
| 10/12/2006 | | SEABORN PHILLIPS | REVERSE DEPOSIT POSTED IN ERROR | | 1110-000 | -9,290.57 | | 122,880.52 |
| 10/31/2006 | 6 | Bank of America | Interest Rate 1.000 | | 1270-000 | 91.32 | | 122,971.84 |

```
                    COLUMN TOTALS              158,946.72       35,974.88       122,971.84
                    Less: Bank Transfers/CD's   31,882.06       32,544.06
                              Subtotal         127,064.66        3,430.82
                    Less: Payments to Debtors        0.00            0.00
                              Net               127,064.66        3,430.82

                    Page Subtotals              31,915.29            0.00
```

Page: 5

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-62639
Case Name: WILLIAM G RUMMEL
Taxpayer ID No: XX-XXX5333
For Period Ending: 11/20/2006

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX4161 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 6/27/2006 | | Transfer from Acct#XXXXXX4035 | Transfer of Funds | 9999-000 | 700.00 | | 700.00 |
| 6/27/2006 | 002001 | Anderson Lock<br>PO Box 2294<br>Des Plaines, IL 60017 | Open Homes and Replace locks at 2716 and 2725 E. 92nd Street Properties | 2420-000 | | 662.00 | 38.00 |
| 7/5/2006 | | Transfer from Acct#XXXXXX4035 | Transfer of Funds | 9999-000 | 31,844.06 | | 31,882.06 |
| 7/6/2006 | | WESTERN SPRINGS NATIONAL BANK | PAY DOWN ON MORTGAGE | 4110-000 | | 31,844.06 | 38.06 |
| 7/26/2006 | 20 | CITY OF CHICAGO | CONDEMNATION OF 9116 S. HOUSTON | 1110-000 | 31,844.06 | | 31,882.06 |
| 7/26/2006 | | Transfer to Acct#XXXXXX4035 | Transfer of Funds | 9999-000 | | 31,882.06 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 64,388.12 | 64,388.12 |
| Less: Bank Transfers/CD's | 32,544.06 | 31,882.06 |
| Subtotal | 31,844.06 | 32,506.06 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 31,844.06 | 32,506.06 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - XXXXXX4035 | 127,064.66 | 3,430.82 | 122,971.84 |
| CHECKING ACCOUNT - XXXXXX4161 | 31,844.06 | 32,506.06 | 0.00 |
| TOTAL OF ALL ACCOUNTS | 158,908.72 | 35,936.88 | 122,971.84 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals  64,388.12  64,388.12

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| RUMMEL, WILLIAM G | ) | CASE NO. 05-62639-PSH |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

## DISTRIBUTION REPORT

I, **GREGG SZILAGYI**, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $56,332.22 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(2)-(a)(7), (a)(9)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $15,207.60 |
| Interest (726(a)(5)): | $796.92 |
| Surplus to Debtor (726(a)(6)): | $50,635.10 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $122,971.84 |

EXHIBIT D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 56,332.22 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 8 | GREGG SZILAGYI, Trustee Compensation | $14,368.02 | $14,368.02 |
|  | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |
|  | Seaborn Phillips, Other Chapter 7 Administrative Expenses | $3,600.00 | $3,600.00 |
|  | SHAW GUSSIS, Attorney for Trustee Fees (Other Firm) | $35,119.20 | $35,119.20 |
|  | POPOWCZER KATTEN LTD., Accountant for Trustee Fees (Other Firm) | $3,245.00 | $3,245.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

- 2 -

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 14,214.02 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | DISCOVER BANK/DISCOVER FINANCIAL SE, General Unsecured 726(a)(2) | $5,338.17 | $5,338.17 |
| 000004 | LARRY MALYSA, General Unsecured 726(a)(2) | $2,700.00 | $2,700.00 |
| 000003 | MCBRIDE ENGINEERING, INC., General Unsecured 726(a)(2) | $6,175.85 | $6,175.85 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 993.58 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 7 | eCAST Settlement Corporation, Tardy General Unsecured 726(a)(3) | $993.58 | $993.58 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 796.92 | 0.65 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | DISCOVER BANK/DISCOVER FINANCIAL SE, General Unsecured 726(a)(2) | $279.73 | $279.73 |

| | | | |
|---|---|---|---|
| 000004 | LARRY MALYSA, General Unsecured 726(a)(2) | $141.49 | $141.49 |
| 000003 | MCBRIDE ENGINEERING, INC., General Unsecured 726(a)(2) | $323.63 | $323.63 |
| 7 | eCAST Settlement Corporation, Tardy General Unsecured 726(a)(3) | $52.07 | $52.07 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 50,635.10 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | RUMMEL, WILLIAM G, Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | $50,635.10 | $50,635.10 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 000002 | WESTERN SPRINGS NATIONAL BANK AND T<br>William D. Dallas<br>Regas, Frezados & Dallas LLP<br>111 W. Washington St, Suite 1525<br>Chicago, IL 60602 | 55,036.91 | Withdrawn |
| Secured | 000005 | CENLAR<br>Bankruptcy Department<br>425 Philllips Boulevard<br>Ewing, NJ 08618 | 61,435.98 | Withdrawn |

-5-

| | | | | |
|---|---|---|---|---|
| Secured | 000006 | STERLING FIRE RESTORATION, LTD<br>Law Offices of Cathy Ann Pilkington<br>20 N. Clark St, Suite 1725<br>Chicago, IL 60602 | 18,879.07 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED _____          /s/ GREGG SZILAGYI
                                        **GREGG SZILAGYI**, Trustee

GREGG SZILAGYI (ARDC #6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone:   (312) 346-8380
Facsimile:    (312) 346-8434

- 6 -