UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| RUMMEL, WILLIAM G ) | CASE NO. 05-62639-PSH | |
| ) | | |
| Debtor(s). ) | Hon. Pamela S. Hollis | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 644, Chicago, Illinois 60604

    On: February 8, 2007              Time: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $272,995.42 |
    | Disbursements | $150,023.58 |
    | Net Cash Available for Distribution | $122,971.84 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GREGG SZILAGYI<br>Trustee | $0.00 | $14,368.02 | $0.00 |
| Seaborn Phillips<br>Other Chapter 7 Administrative | $0.00 | $0.00 | $3,600.00 |
| SHAW GUSSIS<br>Attorney for Trustee (Other Firm) | $0.00 | $32,845.50 | $2,273.70 |
| POPOWCZER KATTEN LTD.<br>Accountant for Trustee (Other Firm) | $0.00 | $3,245.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $15,207.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus 4.1400% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK/DISCOVER FINANCIAL SE | 5,338.17 | 5,617.90 |
| 4 | LARRY MALYSA | 2,700.00 | 2,841.49 |
| 3 | MCBRIDE ENGINEERING, INC. | 6,175.85 | 6,499.48 |
| 7 | eCAST Settlement Corporation | 993.58 | 1,045.65 |
| Surplus to Debtor | RUMMEL, WILLIAM G | 50,635.10 | 50,635.10 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Estate – Debtor's Residence | $187,500.00 |
| Brokerage Account | $5750.95 |
| Bank Account | $1908.60 |
| Wearing Apparel | $500.00 |

Dated: January 5, 2007                                    For the Court,

By:   KENNETH S GARDNER

                                                          Kenneth S. Gardner  
                                                          Clerk of the U.S. Bankruptcy Court  
                                                          219 S. Dearborn Street; 7th Floor  
                                                          Chicago, IL 60604

| | |
|---|---|
| Trustee: | GREGG SZILAGYI |
| Address: | TWO NORTH LASALLE STREET |
| | SUITE 1300 |
| | CHICAGO IL 60602 |
| Phone No.: | (312) 346-8380 |

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

639   Doc 108   Filed 01/05/07   Entered 01/07/07 23:32:12   Desc Imaged
                    Certificate of Service    Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2            Date Rcvd: Jan 05, 2007
Case: 05-62639                 Form ID: pdf002              Total Served: 50
```

The following entities were served by first class mail on Jan 07, 2007.
```
db         +William G Rummel,    1440 N Lake Shore Drive,    Unit 27E,    Chicago, IL 60610-5953
aty        +Ariel Weissberg,    Weissberg & Associates, Ltd,    401 S. LaSalle Street,    Suite 403,
             Chicago, IL 60605-2993
aty        +Cathy Ann Pilkington,    Law Offices of Cathy Ann Pilkington,    20 N. Clark Street,    Suite 1725,
             Chicago, IL 60602-5000
aty        +Frank Kladis,    Regas, Frezados & Dallas LLP,    111 W Washington Street,    Suite 1525,
             Chicago, IL 60602-2744
aty        +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
             Chicago, IL 60603-1413
aty        +Rachael A Stokas,    Codilis & Associates,    15W030 N. Frontage  Ste. 100,
             Burr Ridge, IL 60527-6921
aty        +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson et al,    321 N Clark Street  Suite 800,
             Chicago, IL 60610-4766
aty        +Robert M Fishman,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street,    Suite 800,
             Chicago, IL 60610-4766
aty        +Shaw Gussis Fishman Glantz Wolfson & Towbin,    321 N. Clark Street,    Suite 800,
             Chicago, IL 60610-4766,    US
aty        +William D. Dallas,    Regas, Frezados & Dallas LLP,    111 W. Washington Street,
             Chicago, IL 60602-2744
aty        +William J. Bryan,    17926 Dixie Highway,    Homewood, IL 60430-3055
tr         +Gregg Szilagyi,    Levenfeld Pearlstein, LLC,    Two North LaSalle Street,    Suite 1300,
             Chicago, IL 60602-3709
cr         +Builders Cooperative, Inc.,    7944 West 102nd Street,    Unit #1,    Palos Hills, IL 60465-1594,
             US
cr         +Cenlar,   c/o Codilis & Associates, P.C.,    15w030 North Frontage Road,    Suite 100,
             Burr Ridge, IL 60527-6921
cr         +Contractor’s Management, Inc.,    7944 West 102nd Street,    Unit #1,    Palos Hills, IL 60465-1594
cr         +Family Bank & Trust,    10360 S. ROBERTS ROAD,    PALOS HILLS, IL 60465-1930,    U.S.
cr         +Western Springs National Bank & Trust,    4456  Wolf Road,    Western Springs, IL 60558-1517
10495875   +1440 Lake Shore Drive Homeowners,    1440 Lake Shore Drive,    Chicago, IL 60610-1626
10495871   +AM/Gro, Inc,    P O Box 15089,    100 N. Parkway,    Worcester, MA 01605-1349
10398318   +Alliance FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
10731239   +CENLAR,    Bankruptcy Department,    425 Philllips Boulevard,    Ewing, NJ 08618-1430
10495872   +CitiAdvantage,    Payments Department,    P O Box 688911,    Des Moines, IA 50368-8911
10398319   +Cook County Collector,    PO Box 7552,    Chicago, IL 60680-7552
10495878   +Cook County Treasurer,    Z Financial,    c/o Keith Moll,    120 W. Madison St, Suite 510,
             Chicago, IL 60602-4418
10495877   +Cook County Treasurer,    Oak Park Investments, Inc,    c/o Gil Bayland,
             100 N. LaSalle St, Suite 1111,    Chicago, IL 60602-3537
10495876   +Cook County Treasurer,    118 N. Clark, Room 112,    Chicago, IL 60602-1590
10398321   +Dr. Theodore Patras,    1401 S. Prairie,    Chicago, IL 60605-2886
10398322   +Family Bank,    10360 Roberts Road,    Palos Hills, IL 60465-1930
10398332   +Frank Parker,    7942 W. 102nd Street,    Palos Hills, IL 60465-1590
10398333    GM Card,    Cardmember Svcs,    PO Box 37281,    Baltimore, MD 21297-3281
10495873   +Karim, Muhamin,    8228 S. Cottage Grove,    Chicago, IL 60619-5365
10398334    Lam Lee,    2523 West North Avenue,    Chicago, IL 60647-5201
10398335   +Larry & Melissa Malipa,    11060 Ash Brook Lane,    Indian Head, IL 60525-6979
10688602   +Larry Malysa,    11060 Ash Brook Lane,    Indian Head, IL 60525-6979
10398336   +McBride Engineering, Inc.,    3649 W. 183rd Strreet, Suite 124,    Hazel Crest, IL 60429-2523
10398337   +McMahon & Sigunick, Ltd.,    216 West Jackson Blvd,    Suite 900,    Chicago, IL 60606-6924
10398338    Mrs. Katherine Skontos,    100 W. Bellvue Street,    Chicago, IL 60611
10398339   +Nicor Gas,    % Harris & Harris,    600 W. Jackson Blvd, Suite 400,    Chicago, IL 60661-5623
10495874   +Northern Illinois Gas,    Attn: Bankruptcy & Collections,    P O Box 549,    Aurora, IL 60507-0549
10398340   +Rummel Associates, Inc.,    180 N. LaSalle Street,    Suite 3100,    Chicago, IL 60601-2814
10398341   +Safeco Insurance Company of Il,    PO Box 461,    Saint Louis, MO 63166-0461
10981171   +Seaborn Phillips,    14832 LaSalle,    Dolton, IL 60419-1424
10398342    St. Paul Travelers,    PO Box 1515,    Spokane, WA 99210-1515
10751808   +Sterling Fire Restoration, Ltd,    Law Offices of Cathy Ann Pilkington,
             20 N. Clark St, Suite 1725,    Chicago, IL 60602-5000
10398343   +Sterling Fire Restoration, Ltd.,    % Pullman & Gotkin,    20 N. Clark, Suite 1725,
             Chicago, IL 60602-5000
10398344   +Western Springs Bank,    4456 Wolf Road,    Western Springs, IL 60558-1517
10655469   +Western Springs National Bank and Trust,    William D. Dallas,    Regas, Frezados & Dallas LLP,
             111 W. Washington St, Suite 1525,    Chicago, IL 60602-2744
10819425    eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
             POB 35480,    Newark NJ 07193-5480
```

The following entities were served by electronic transmission on Jan 06, 2007.
```
10644355   +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2007 02:15:43
             Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026-8003
10398320   +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2007 02:15:43     Discover Card,    PO Box 15251,
             Wilmington, DE 19886-5251
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc          Lois West
10398323*   +Family Bank,    10360 Roberts Road,    Palos Hills, IL 60465-1930
10398324*   +Family Bank,    10360 Roberts Road,    Palos Hills, IL 60465-1930
10398325*   +Family Bank,    10360 Roberts Road,    Palos Hills, IL 60465-1930
10398326*   +Family Bank,    10360 Roberts Road,    Palos Hills, IL 60465-1930
10398327*   +Family Bank,    10360 Roberts Road,    Palos Hills, IL 60465-1930
10398328*   +Family Bank,    10360 Roberts Road,    Palos Hills, IL 60465-1930
10398329*   +Family Bank,    10360 Roberts Road,    Palos Hills, IL 60465-1930
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Jan 05, 2007
Case: 05-62639                 Form ID: pdf002          Total Served: 50

             ***** BYPASSED RECIPIENTS (continued) *****
10398330*    +Family Bank,    10360 Roberts Road,    Palos Hills, IL 60465-1930
10398331*    +Family Bank,    10360 Roberts Road,    Palos Hills, IL 60465-1930
10398345*    +Western Springs Bank,    4456 Wolf Road,    Western Springs, IL 60558-1517
10398346*    +Western Springs Bank,    4456 Wolf Road,    Western Springs, IL 60558-1517
                                                                                         TOTALS: 1, * 11

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2007**               **Signature:**       _Joseph Speetjens_