**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| WILLIAM G. RUMMEL, | ) | CASE NO. 05-62639-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE PAMELA S. HOLLIS
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks and the final bank statement reflecting a balance of zero for this estate are attached as Exhibit "B"

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

Sep. 28, 2007
DATE

Gregg Szilagyi
TRUSTEE

Gregg Szilagyi
One South Wacker Drive
Chicago, Illinois 60606
(312) 634-4748

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| RUMMEL, WILLIAM G | ) | CASE NO. 05-62639-PSH |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**DISTRIBUTION REPORT**

I, GREGG SZILAGYI, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $56,332.22 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(2)-(a)(7), (a)(9)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $15,207.60 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $71,539.82 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 56,332.22 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | GREGG SZILAGYI, Trustee Compensation | $14,368.02 | $14,368.02 |
| | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |
| 8 | Seaborn Phillips, Other Chapter 7 Administrative Expenses | $3,600.00 | $3,600.00 |
| | SHAW GUSSIS, Attorney for Trustee Fees (Other Firm) | $35,119.20 | $35,119.20 |
| | POPOWCZER KATTEN LTD., Accountant for Trustee Fees (Other Firm) | $3,245.00 | $3,245.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 14,214.02 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | DISCOVER BANK/DISCOVER FINANCIAL SE, General Unsecured 726(a)(2) | $5,338.17 | $5,338.17 |
| 000004 | LARRY MALYSA, General Unsecured 726(a)(2) | $2,700.00 | $2,700.00 |
| 000003 | MCBRIDE ENGINEERING, INC., General Unsecured 726(a)(2) | $6,175.85 | $6,175.85 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 993.58 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 7 | eCAST Settlement Corporation, Tardy General Unsecured 726(a)(3) | $993.58 | $993.58 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 000002 | WESTERN SPRINGS NATIONAL BANK AND T<br>William D. Dallas<br>Regas, Frezados & Dallas LLP<br>111 W. Washington St, Suite 1525<br>Chicago, IL 60602 | 55,036.91 | Withdrawn |
| Secured | 000005 | CENLAR<br>Bankruptcy Department<br>425 Philllips Boulevard<br>Ewing, NJ 08618 | 61,435.98 | Withdrawn |
| Secured | 000006 | STERLING FIRE RESTORATION, LTD<br>Law Offices of Cathy Ann Pilkington<br>20 N. Clark St, Suite 1725<br>Chicago, IL 60602 | 18,879.07 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED February 8, 2007

/s/ GREGG SZILAGYI
**GREGG SZILAGYI**, Trustee

GREGG SZILAGYI (ARDC # 6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone: (312) 346-8380
Facsimile: (312) 346-8434

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: WILLIAM G. RUMMEL | ) | CASE NO. 05 B 62639~~43961~~ |
| | ) | |
| | ) | CHAPTER 7 CASE |
| DEBTOR | ) | |
| | ) | HON. PAMELA S. HOLLIS |
| | ) | |

**ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT**

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period November 2, 2006 through November 7, 2006 in the amount of $3,245.00 and reimbursement of expenses in the amount of $0.00.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(l) of the Bankruptcy Code.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

FEB - 8 2007

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 05 B 62639 |
| | ) | Chapter 7 |
| William G. Rummel, | ) | Judge Pamela S. Hollis |
| | ) | |
| Debtor . | ) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the following request for compensation and expenses is allowed:

1. Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
   Attorneys for the Trustee

| | |
|---|---|
| a. Compensation | $ 32,845.50 |
| b. Expenses | $ 2,273.70 |
| TOTAL | $ 35,119.20 |

PSH

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: FEB - 8 2007 ENTER:

UNITED STATES BANKRUPTCY JUDGE

{5374 ORD A0149661.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| RUMMEL, WILLIAM G | ) | CASE NO. 05-62639-PSH |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Gregg Szilagyi's (the "Trustee") final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised;

IT IS **HEREBY ORDERED** that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $14,368.02 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $14,368.02 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

**ENTERED:**

By: ______________________
United States Bankruptcy Judge

FEB - 8 2007

*Order Prepared by*:

GREGG SZILAGYI (ARDC #6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone: (312) 346-8380
Facsimile: (312) 346-8434

# EXHIBIT B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-62639
Case Name: WILLIAM G RUMMEL

Taxpayer ID No: XX-XXX5333
For Period Ending: 9/28/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4035 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | 0.00 |
| 11/2/2005 | 1 | PEOPLES ENERGY CHCIAGO, IL | MISCELLANEOUS REFUND | 1290-000 | 102.44 | | 102.44 |
| 11/2/2005 | 1 | NICOR GAS AURORA, IL | MISCELLANEOUS REFUND | 1290-000 | 323.96 | | 426.40 |
| 11/2/2005 | 1 | ALLEGIANCE COMMUNITY BANK TINLEY PARK, IL | MISCELLANEOUS REFUND | 1290-000 | 230.23 | | 656.63 |
| 11/2/2005 | 2 | LYTLE CREEK OPERATING, INC. ABILENE, TX | ROYALTY | 1123-000 | 101.64 | | 758.27 |
| 11/2/2005 | 3 | MARIAN YOUNG 9157 S. MARQUETTE CHICAGO, IL 60617 | RENT 9157 S. MARQUETT | 1122-000 | 475.00 | | 1,233.27 |
| 11/2/2005 | 4 | MARY SEALS | RENT 2725 E. 92ND | 1122-000 | 300.00 | | 1,533.27 |
| 11/2/2005 | 5 | MARTHA SEALS | RENT 2716 E. 92ND | 1122-000 | 600.00 | | 2,133.27 |
| 11/2/2005 | 5 | MARTHA SEALS | RENT 2716 E. 92ND | 1122-000 | 380.00 | | 2,513.27 |
| 11/21/2005 | 5 | MARTHA SEALS | RENT 2716 E. 92 STREET | 1122-000 | 200.00 | | 2,713.27 |
| 11/30/2005 | 6 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 1.05 | | 2,714.32 |
| 12/2/2005 | 001000 | SAFECO INSURANCE COMPANIES PO BOX 66768 ST. LOUIS, MO 63166-6768 | ADMINISTRATIVE CLAIM INSURANCE POL NO. OZ3861567 RUMMEL, WILLIAM 2716 E. 92ND STREET | 2420-000 | | 186.33 | 2,527.99 |
| 12/30/2005 | 6 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 1.31 | | 2,529.30 |
| 1/25/2006 | 2 | LYTLE CREEK OPERATING INC. | DEC. ROYALTY | 1123-000 | 123.80 | | 2,653.10 |
| 1/31/2006 | 6 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 1.29 | | 2,654.39 |
| | | | Page Subtotals | | 2,840.72 | 186.33 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-62639
Case Name: WILLIAM G RUMMEL

Taxpayer ID No: XX-XXX5333
For Period Ending: 9/28/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4035 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 2/9/2006 | 001001 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | BOND PREMIUM PAYMENT | 2300-000 | | 8.49 | 2,645.90 |
| 2/24/2006 | 1 | STANLEY WALLACH | MISCELLANEOUS REFUND -- ESCROWED $ | 1290-000 | 2,320.00 | | 4,965.90 |
| 2/24/2006 | 8 | NORFOLK SOUTHERN | STOCK DIVIDEND | 1123-000 | 74.49 | | 5,040.39 |
| 2/24/2006 | 9 | KIMBERLY CLARK CORPORATION | STOCK DIVIDEND | 1123-000 | 22.50 | | 5,062.89 |
| 2/28/2006 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.95 | | 5,064.84 |
| 3/14/2006 | | WILLIAM G RUMMEL ZOE RUMMEL | SETTLEMENT OF LITIGATION | | 67,828.95 | | 72,893.79 |
| | | | Gross receipts 67,828.95 | | | | |
| | 10 | | CHECKING, SAVINGS, ETC. -- HARRIS BANK CD 50,289.15 | 1129-000 | | | |
| | 13 | | AVOIDANCE ACTION -- PROCEEDS OF SALE OF SECURITIES 5,000.00 | 1129-000 | | | |
| | 8 | | STOCK -- NORFOLK SOUTHERN CORPORATION 573 SHARES 11,124.80 | 1129-000 | | | |
| | 9 | | STOCK -- KIMBERLY CLARK CORPORATION 50 SHARES 1,415.00 | 1129-000 | | | |
| 3/14/2006 | 2 | LYTLE CREEK OPERATING INC. | ROYALTY PAYMENT | 1123-000 | 135.85 | | 73,029.64 |
| 3/15/2006 | 001002 | RUMMEL & ASSOCIATES | PROPERTY INSURANCE POLICY NUMBER M5164014 | 2420-000 | | 3,236.00 | 69,793.64 |
| 3/31/2006 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 32.65 | | 69,826.29 |
| 4/10/2006 | | FAMILY BANK AND TRUST COMPANY | SALE OF REAL ESTATE -- SETTLEMENT | | 10,000.00 | | 79,826.29 |
| | | | Gross receipts 10,000.00 | | | | |
| | 14 | | REAL ESTATE - 7942 W. 102ND PALOS 2,000.00 | 1110-000 | | | |
| | 15 | | REAL ESTATE -- 10102 ESCANABA CHGO IL 2,000.00 | 1110-000 | | | |
| | | | Page Subtotals | | 80,416.39 | 3,244.49 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-62639
Case Name: WILLIAM G RUMMEL

Taxpayer ID No: XX-XXX5333
For Period Ending: 9/28/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4035 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 17 | | REAL ESTATE - 16613 HILLCREST DRIVE MARKHAM IL | 2,000.00 | 1110-000 | | | |
| | 18 | | REAL ESTATE - 12623-25 S. LINCOLN CALUMET PARK IL | 2,000.00 | 1110-000 | | | |
| | 3 | | REAL ESTATE -- 9157 S. MARQUETTE | 2,000.00 | 1110-000 | | | |
| | | FAMILY BANK AND TRUST COMPANY | Unlinked Allocation | 2,000.00 | 0000-000 | | | |
| 4/11/2006 | 2 | LYTLE CREEK OPERATING INC | ROYALTY PAYMENT | | 1123-000 | 110.13 | | 79,936.42 |
| 4/28/2006 | 6 | BANK OF AMERICA | Interest Rate 1.000 | | 1270-000 | 62.36 | | 79,998.78 |
| 5/16/2006 | 2 | LYTLE CREEK OPERATING INC | ROYALTY | | 1123-000 | 171.75 | | 80,170.53 |
| 5/31/2006 | 6 | Bank of America | Interest Rate 1.000 | | 1270-000 | 68.01 | | 80,238.54 |
| 6/13/2006 | 2 | Lytle Creek | april oil well royalty payment | | 1123-000 | 123.52 | | 80,362.06 |
| 6/27/2006 | | Transfer to Acct#XXXXXX4161 | Transfer of Funds | | 9999-000 | | 700.00 | 79,662.06 |
| 6/30/2006 | 6 | Bank of America | Interest Rate 1.000 | | 1270-000 | 65.92 | | 79,727.98 |
| 7/5/2006 | 20 | City Of Chicago | CONDEMNATION OF 9116 S. HOUSTON | | 1110-000 | 31,844.06 | | 111,572.04 |
| 7/5/2006 | | Transfer to Acct#XXXXXX4161 | Transfer of Funds | | 9999-000 | | 31,844.06 | 79,727.98 |
| 7/26/2006 | | Transfer from Acct#XXXXXX4161 | Transfer of Funds | | 9999-000 | 31,882.06 | | 111,610.04 |
| 7/26/2006 | 2 | WILLIAM RUMMEL | PURCHASE OF LYTLE CREEK OIL WELL | | 1129-000 | 2,000.00 | | 113,610.04 |
| 7/26/2006 | 20 | City Of Chicago | DEPOSITED TO CHECKING ACCOUNT IN ERROR | | 1110-000 | -31,844.06 | | 81,765.98 |
| 7/31/2006 | | SEABORN PHILLIPS | PURCHASE OF 2716 E. 92ND STREET | | | 9,290.57 | | 91,056.55 |
| | 5 | | REAL ESTATE -- 2716 E. 92ND STREET | 80,000.00 | 1110-000 | | | |
| | | CHICAGO TITLE & TRUST | SETTLEMENT CHARGES | (1,905.15) | 2500-000 | | | |
| | | CENLAR FEDERAL SAVINGS BANK | PAYOFF OF MORTGAGE | (67,750.57) | 4110-000 | | | |
| | | COOK COUNTY COLLECTOR | 2005 REAL ESTATE TAXES | (492.45) | 2820-000 | | | |
| | | | Page Subtotals | | | 43,774.32 | 32,544.06 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-62639
Case Name: WILLIAM G RUMMEL

Taxpayer ID No: XX-XXX5333
For Period Ending: 9/28/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4035 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | COOK COUNTY COLLECTOR | 2006 REAL ESTATE TAXES | (561.26) | 2820-000 | | | |
| 7/31/2006 | 6 | Bank of America | Interest Rate 1.000 | | 1270-000 | 49.45 | | 91,106.00 |
| 8/31/2006 | 6 | Bank of America | Interest Rate 1.000 | | 1270-000 | 76.85 | | 91,182.85 |
| 9/29/2006 | 6 | Bank of America | Interest Rate 1.000 | | 1270-000 | 74.94 | | 91,257.79 |
| 10/12/2006 | | SEABORN PHILLIPS | | | 1110-000 | 9,290.57 | | 100,548.36 |
| 10/12/2006 | | SEABORN PHILLIPS<br>14832 LASALLE<br>CHCIAGO, ILLINOIS 60419 | PURCHASE OF 2725 E. 92ND STREET | | | 31,622.73 | | 132,171.09 |
| | 4 | | REAL ESTATE -- 2725 E. 92ND STREET | 75,000.00 | 1110-000 | | | |
| | | WESTERN SPRINGS NATIONAL BANK | PAYOFF MORTGAE | (36,854.53) | 4110-000 | | | |
| | | CHICAGO TITLE & TRUST | | (4,716.80) | 2500-000 | | | |
| | | COOK COUNTY TREASURER'S OFFICE<br>Legal Department<br>118 North Clark Street - Room 222<br>Chicago, IL 60602 | | (1,805.94) | 2820-000 | | | |
| 10/12/2006 | | SEABORN PHILLIPS | REVERSE DEPOSIT POSTED IN ERROR | | 1110-000 | -9,290.57 | | 122,880.52 |
| 10/31/2006 | 6 | Bank of America | Interest Rate 1.000 | | 1270-000 | 91.32 | | 122,971.84 |
| 11/30/2006 | 6 | Bank of America | Interest Rate 1.000 | | 1270-000 | 101.07 | | 123,072.91 |
| 12/29/2006 | 6 | Bank of America | Interest Rate 1.000 | | 1270-000 | 104.52 | | 123,177.43 |
| 1/31/2007 | 6 | Bank of America | Interest Rate 1.000 | | 1270-000 | 104.62 | | 123,282.05 |
| 2/7/2007 | 6 | Bank of America | Interest | | 1270-000 | 20.27 | | 123,302.32 |
| 2/7/2007 | | Transfer to Acct#XXXXXX4161 | Transfer of Funds | | 9999-000 | | 123,302.32 | 0.00 |
| | | | Page Subtotals | | | 32,245.77 | 123,302.32 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-62639
Case Name: WILLIAM G RUMMEL

Taxpayer ID No: XX-XXX5333
For Period Ending: 9/28/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4035 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 159,277.20 | 159,277.20 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 31,882.06 | 155,846.38 | |
| | | | Subtotal | | 127,395.14 | 3,430.82 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 127,395.14 | 3,430.82 | |

| | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| MONEY MARKET - XXXXXX4035 | | 127,395.14 | 3,430.82 | 0.00 |
| | | 127,395.14 | 3,430.82 | 0.00 |
| | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-62639
Case Name: WILLIAM G RUMMEL

Taxpayer ID No: XX-XXX5333
For Period Ending: 9/28/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4161 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | 0.00 |
| 6/27/2006 | | Transfer from Acct#XXXXXX4035 | Transfer of Funds | 9999-000 | 700.00 | | 700.00 |
| 6/27/2006 | 002001 | Anderson Lock<br>PO Box 2294<br>Des Plaines, IL 60017 | Open Homes and Replace locks at 2716 and 2725 E. 92nd Street Properties | 2420-000 | | 662.00 | 38.00 |
| 7/5/2006 | | Transfer from Acct#XXXXXX4035 | Transfer of Funds | 9999-000 | 31,844.06 | | 31,882.06 |
| 7/6/2006 | | WESTERN SPRINGS NATIONAL BANK | PAY DOWN ON MORTGAGE | 4110-000 | | 31,844.06 | 38.00 |
| 7/26/2006 | 20 | CITY OF CHICAGO | CONDEMNATION OF 9116 S. HOUSTON | 1110-000 | 31,844.06 | | 31,882.06 |
| 7/26/2006 | | Transfer to Acct#XXXXXX4035 | Transfer of Funds | 9999-000 | | 31,882.06 | 0.00 |
| 2/7/2007 | | Transfer from Acct#XXXXXX4035 | Transfer of Funds | 9999-000 | 123,302.32 | | 123,302.32 |
| 2/8/2007 | 002002 | SHAW GUSSIS<br>321 NORTH CLARK STREET<br>CHICAGO, 60610 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 35,119.20 | 88,183.12 |
| 2/8/2007 | 002003 | POPOWCZER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 3,245.00 | 84,938.12 |
| 2/8/2007 | 002004 | Seaborn Phillips<br>Seaborn Phillips<br>14832 LaSalle<br>Dolton, IL 60419 | (Final distribution to Claim 8, representing a Payment of 100.00% per court order.) | 2990-000 | | 3,600.00 | 81,338.12 |
| 2/8/2007 | 002005 | GREGG SZILAGYI<br>TWO NORTH LASALLE STREET<br>SUITE 1300<br>CHICAGO IL 60602 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 14,368.02 | 66,970.10 |
| | | | Page Subtotals | | 187,690.44 | 120,720.34 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-62639
Case Name: WILLIAM G RUMMEL

Taxpayer ID No: XX-XXX5333
For Period Ending: 9/28/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4161 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 2/8/2007 | 002006 | DISCOVER BANK/DISCOVER FINANCIAL SE Services PO Box 8003 Hilliard, OH 43026 | (Final distribution to Claim 000001, representing a Payment of 100.00% per court order.) 6011007927467711 | | | | 5,629.41 | 61,340.[illegible]9 |
| | | DISCOVER BANK/DISCOVER FINANCIAL SE | allocation entered by distribution | (5,338.17) | 7100-000 | | | |
| | | | allocation entered by distribution | (291.24) | 7990-000 | | | |
| 2/8/2007 | 002007 | MCBRIDE ENGINEERING, INC. 3649 W. 183rd Strreet, Suite 124 Hazel Crest, IL 60429-2409 | (Final distribution to Claim 000003, representing a Payment of 100.00% per court order.) | | | | 6,512.79 | 54,827.90 |
| | | | allocation entered by distribution | (336.94) | 7990-000 | | | |
| | | MCBRIDE ENGINEERING, INC. | allocation entered by distribution | (6,175.85) | 7100-000 | | | |
| 2/8/2007 | 002008 | LARRY MALYSA 11060 Ash Brook Lane Indian Head, IL 60525 | (Final distribution to Claim 000004, representing a Payment of 100.00% per court order.) | | | | 2,847.30 | 51,980.60 |
| | | | allocation entered by distribution | (147.30) | 7990-000 | | | |
| | | LARRY MALYSA | allocation entered by distribution | (2,700.00) | 7100-000 | | | |
| 2/8/2007 | 002009 | eCAST Settlement Corporation HSBC Bank Nevada NA / HSBC Card Services III POB 35480 Newark NJ 07193-5480 | (Final distribution to Claim 7, representing a Payment of 100.00% per court order.) | | | | 1,047.79 | 50,932.81 |
| | | eCAST Settlement Corporation | allocation entered by distribution | (993.58) | 7200-000 | | | |
| | | | allocation entered by distribution | (54.21) | 7990-000 | | | |
| 2/8/2007 | 002010 | RUMMEL, WILLIAM G | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | | 8200-002 | | 50,932.81 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 187,690.44 | 187,690.44 | 0.00 |
| Less: Bank Transfers/CD's | 155,846.38 | 31,882.06 | |
| Subtotal | 31,844.06 | 155,808.38 | |
| Less: Payments to Debtors | 0.00 | 50,932.81 | |
| Net | 31,844.06 | 104,875.57 | |
| Page Subtotals | 0.00 | 66,970.10 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-62639
Case Name: WILLIAM G RUMMEL

Taxpayer ID No: XX-XXX5333
For Period Ending: 9/28/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4161 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | | | | |
| | CHECKING ACCOUNT - XXXXXX4161 | 31,844.06 | 104,875.57 | 0.00 |
| | | 31,844.06 | 104,875.57 | 0.00 |
| | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

Account Number 3754454161
01 01 148 06 M0000 E# 0
Last Statement: 07/31/2007
This Statement: 08/31/2007

ESTATE OF
RUMMEL, WILLIAM G, DEBTOR
GREGG SZILAGYI - TRUSTEE
05-62639
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-09-13 *****

Customer Service
1-877-757-8233

Page 1 of 2

Bankruptcy Case Number:0562639

**Next month, we will make changes to the information describing automated clearing house transactions posting to your account. These technical changes will provide you with more reference information in an easy-to-read format.**

# SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/01/2007 - 08/31/2007 | | Statement Beginning Balance | .00 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | .00 | .00 | 08/31 | .00 | .00 |

Recycled Paper